UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JAMES HAVASSY,

   Plaintiff,

  v.    No. 5:19-cv-01617

MERCEDES-BENZ FINANCIAL
SERVICES, USA, LLC,

   Defendants.
_____

# O R D E R

**AND NOW**, this 6th day of January, 2020, upon consideration of the pending Motion for Partial Judgment on the Pleadings and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Partial Judgment on the Pleadings, ECF No. 40, is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants on Count Two only.

       BY THE COURT:

       */s/ Joseph F. Leeson, Jr.*
       JOSEPH F. LEESON, JR.
       United States District Court